IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DANNY EROMOSELE**                                                                      **PLAINTIFF**
**ILUOBE SR.**

**V.**                                                                                             **NO. 3:26-CV-11-DMB-RP**

**EQUIFAX INFORMATION**
**SERVICES LLC**                                                                        **DEFENDANT**

## ORDER

On January 20, 2026, United States Magistrate Judge Roy Percy issued a report ("R&R") recommending that Danny Eromosele Iluobe Sr.'s motion to proceed in forma pauperis be denied.[1] Doc. #4. The R&R warned:

> Objections are required to be in writing and must be filed by February 3, 2026 and "a party's failure to file written objections to the proposed findings, conclusions and recommendation in a magistrate judge's report and recommendation by February 3, 2026 shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court …."

*Id.* at PageID 11–12 (quoting *Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc)). No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)).

---

[1] A copy of the R&R was mailed to Iluobe the day it was filed.

2

"[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither clearly erroneous nor contrary to law, the R&R [4] is **ADOPTED** as the order of the Court. Iluobe's motion to proceed in forma pauperis [2] is **DENIED. Iluobe must pay the filing fee no later than February 24, 2026, or his case will be dismissed without prejudice.**

**SO ORDERED**, this 10th day of February, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**