**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DANNY EROMOSELE**                                                        **PLAINTIFF**
**ILUOBE SR.**

**V.**                                                                                         **NO. 3:26-CV-11-DMB-RP**

**EQUIFAX INFORMATION**
**SERVICES LLC**                                                                      **DEFENDANT**

**ORDER**

On February 10, 2026, the Court issued an order denying Danny Eromosele Iluobe Sr.'s motion to proceed in forma pauperis and ordering Iluobe to "**pay the filing fee no later than February 24, 2026, or his case will be dismissed without prejudice**." Doc. #5 at 2 (emphasis in original). Because Iluobe did not pay the filing fee by the deadline the Court imposed, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 26th day of February, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**